IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| VIRGIL HALL, Petitioner, v. LESLIE FLOWERS et al., Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 2:18-CV-574-DB District Judge Dee Benson |
|---|---|

Plaintiff filed a federal habeas-corpus petition and applied to proceed *in forma pauperis*. However, Plaintiff has not obeyed the Court's August 10, 2018, order to file within thirty days "a certified copy of Petitioner's inmate trust fund account statements for the six months immediately preceding the submission of the petition and the warden's certificate." (Doc. No. 2.) Once Petitioner filed a change of address with the Court, the Court re-sent the order to that new address. Other than his change of address, the Court has not heard from Petitioner since he submitted his petition on July 18, 2019.

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is administratively CLOSED, the petition never having been filed.

DATED this 8th day of April, 2019.

BY THE COURT:

JUDGE DEE BENSON
United States District Court